NO. 07-07-0194-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 7, 2007

_____


JAMES ALLEN FOX, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 50TH DISTRICT COURT OF KING COUNTY;

NO. 2006-232B; HONORABLE WILLIAM "BILL" HAWKINS HEATLY, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Appellant James Allen Fox's *Motion to Dismiss Appeal* by which he requests that his notice of appeal be withdrawn. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the

appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.

2